THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EUSTOLIA GAYTAN,

      Plaintiff,

  v.

LOWE'S HOME CENTERS, LLC, *et al.*,

      Defendants.

CASE NO. C24-0470-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for a protective order (Dkt. No. 16). Pursuant to LCR 26(c)(2), "[p]arties are encouraged to use this district's model protective order, available on the court's website." Accordingly, "[p]arties that wish to depart from the model order must provide the court with a redline version identifying departures from the model." LCR 26(c)(2). Upon review, the Court finds that the parties' proposed protective order departs from the model order, yet the parties have not provided the Court with a redline version identifying departures from the model. (*See* Dkt. No. 16) (lacking indication of how the proposed protective orders differs from the model order).

Accordingly, the Court STRIKES the parties' stipulated motion for a protective order (Dkt. No. 16) for failure to comply with LCR 26(c)(2). The parties may renew this motion but

MINUTE ORDER
C24-0470-JCC
PAGE - 1

1  must comply with the Local Rules when doing so.

2  DATED this 12th day of September 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk