UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EUSTOLIA GAYTAN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOWE'S HOME CENTERS, LLC, a foreign Limited Liability Company dba LOWE'S HOME IMPROVEMENT, and "JOHN DOE CORPORATION(S) XYZ 1-10", jointly and severally,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00470-JCC<br><br>**[PROPOSED] ORDER ON DEFENDANT LOWE'S HOME CENTERS, LLC'S UNOPPOSED MOTION TO FILE EVIDENCE UNDER SEAL** |

This matter came before the Court upon Defendant Lowe's Home Center, LLC's Unopposed Motion to File Evidence Under Seal. Having read and considered the unopposed motion, **IT IS HEREBY ORDERED** that the motion to seal:

1. Lowe's Exhibit 1 to the Declaration of Heather C. Beasley in Support of the Motion for Summary Judgment; and

2. Lowe's Exhibit 2 to the Declaration of Heather C. Beasley in Support of the Motion for Summary Judgement are GRANTED.

**IT IS SO ORDERED.**

//

//

//

Page 1   **[PROPOSED] ORDER ON DEFENDANT LOWE'S HOME CENTERS, LLC'S UNOPPOSED MOTION TO FILE EVIDENCE UNDER SEAL**
Https://fedcourts.sharepoint.com/sites/WAWD-CoughenourChambers/CaseLibrary/C24-0470 - Gaytan - Unopposed Mot. to Seal Exs. 1 & 2 to D's MSJ (Security Footage).docx

**DAVIS ROTHWELL EARLE & XÓCHIHUA, P.C.**
200 SW Market St, Suite 1800
Portland, Oregon 97201
T (503) 222-4422  F (503) 222-4428

1   Dated this 9th day of April 2025

                                    _____
                                    John C. Coughenour
                                    United States District Judge

Presented by:

DAVIS ROTHWELL
EARLE & XÓCHIHUA, P.C.

s/ Keith M. Liguori_____
Keith M. Liguori, WSBA #51501
701 5th Ave Ste 5500
Seattle, WA 98104
206-622-2295
kliguori@davisrothwell.com

s/ Heather C. Beasley_____
Heather C. Beasley, WSBA #31942
200 SW Market Street, Suite 1800
Portland, OR 97201
503-222-4422
hbeasley@davisrothwell.com
Counsel for Defendant Lowe's Home Centers, LLC
dba Lowe's Home Improvement

Page 2    [PROPOSED] ORDER ON DEFENDANT LOWE'S HOME CENTERS, LLC'S UNOPPOSED MOTION TO FILE EVIDENCE UNDER SEAL
Https://fedcourts.sharepoint.com/sites/WAWD-CoughenourChambers/CaseLibrary/C24-0470 - Gaytan - Unopposed Mot. to Seal Exs. 1 & 2 to D's MSJ (Security Footage).docx

DAVIS ROTHWELL
EARLE & XÓCHIHUA, P.C.
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
T (503) 222-4422  F (503) 222-4428

## CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2025, I electronically filed the foregoing **ORDER ON DEFENDANT LOWE'S HOME CENTERS, LLC'S UNOPPOSED MOTION TO FILE EVIDENCE UNDER SEAL** using the CM/ECF system, which caused the following attorney(s) to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Falin McKenzie, WSBA#56067
Dubin Law Group
P.O. Box 30947
Seattle, WA 98113
Phone : 206-800-8000
Fax : 206-973-1783
E-Mail: falin@dubinlawoffice.com
　　　　Jenn@dubinlawoffice.com
*Of Attorneys for Plaintiff*

DATED this 10th day of March, 2025.

　　　　　　　　　　　　　　　　　　DAVIS ROTHWELL
　　　　　　　　　　　　　　　　　　EARLE & XÓCHIHUA, P.C.


　　　　　　　　　　　　　　　　　　s/ Keith M. Liguori_____
　　　　　　　　　　　　　　　　　　Keith M. Liguori, WSBA #51501
　　　　　　　　　　　　　　　　　　701 5th Ave Ste 5500
　　　　　　　　　　　　　　　　　　Seattle, WA 98104
　　　　　　　　　　　　　　　　　　206-622-2295
　　　　　　　　　　　　　　　　　　kliguori@davisrothwell.com


　　　　　　　　　　　　　　　　　　s/ Heather C. Beasley_____
　　　　　　　　　　　　　　　　　　Heather C. Beasley, WSBA #31942
　　　　　　　　　　　　　　　　　　200 SW Market Street, Suite 1800
　　　　　　　　　　　　　　　　　　Portland, OR 97201
　　　　　　　　　　　　　　　　　　503-222-4422
　　　　　　　　　　　　　　　　　　hbeasley@davisrothwell.com
　　　　　　　　　　　　　　　　　　Counsel for Defendant Lowe's Home
　　　　　　　　　　　　　　　　　　Centers, LLC dba Lowe's Home
　　　　　　　　　　　　　　　　　　Improvement